No. 199.   C. HENRY SMITH *v.* ALFRED GREENEBAUM. Error to the District Court of Appeal, First Appellate District, of the State of California.   February 25, 1924. Dismissed with costs, on authority of counsel for plaintiff in error.   *Mr. Samuel Knight* for plaintiff in error.   *Mr. William Denman* for defendant in error.

---

No. 309.   FREDERICK HOLLISTER *v.* EDWIN REED, ADMINISTRATOR, ETC.   Error to the Supreme Court of the State of Oregon.   February 27, 1924.   Dismissed with costs, on authority of plaintiff in error.   *Mr. Charles L. McNary* for plaintiff in error.   No appearance for defendant in error.

---

No. 848.   JAMES SEWARD *v.* RAYMOND H. BRADY, SHERIFF, ETC.   Error to the Supreme Court of the State of Missouri.   March 3, 1924.   Dismissed with costs, on motion of *Mr. Frans E. Lindquist* for plaintiff in error. *Mr. Jesse W. Barrett* for defendant in error.

---

No. 95.   PIEL BROTHERS *v.* RALPH A. DAY, FEDERAL PROHIBITION DIRECTOR, ETC.   Appeal from the Circuit Court of Appeals for the Second Circuit.   March 4, 1924. Dismissed with costs, on motion of counsel for appellant. *Mr. Walter E. Ernst* and *Mr. Nathan Ballin* for appellant. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. Mahlon D. Kiefer* for appellee,